UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFFORD IDRIS BELL,

               Petitioner,               Case No. 2:24-cv-12306
                                                Hon. Sean F. Cox

v.

ERIC RARDIN,

               Respondent.
_____/

**JUDGMENT**

     **IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED.**

     **IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is

**DENIED.**

Dated: September 16, 2024               s/Sean F. Cox_____
                                        Sean F. Cox
                                        U. S. District Judge